IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DIONISIO BROWDER,<br><br>                Defendant. | 8:14CR199<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

      The defendant appeared before the Court on September 15, 2021 regarding Petition for Offender Under Supervision [89]. Karen Shanahan represented the defendant. Joseph Meyer represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge Joseph F. Bataillon in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 1:00 p.m. on November 4, 2021.

      The government moved for detention based upon risk of flight and danger. The defendant requested a detention hearing which was held. The defendant met his/her burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6). The government's motion for detention is denied, and the defendant shall be released on the current terms and conditions of supervision to include avoiding all contact, directly or indirectly, with Nichole Seeman. 18 U.S.C. § 3143(a)(1).

      **IT IS SO ORDERED**.

      Dated this 15th day of September, 2021.

                                                                                   BY THE COURT:

                                                                               s/ Susan M. Bazis
                                                                               United States Magistrate Judge